IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

SURETEC INSURANCE COMPANY,

       Plaintiff,

v.           CIVIL ACTION NO.  ED CV 09-00680 JRG (OPx)

F & F LLC, et al.,

       Defendants.

**MEMORANDUM OPINION AND ORDER**

   Pending before the court is the defendants' Motion to Dismiss [Docket 42]. To survive a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).  "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."  *Id.*  "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice."  *Id.*  Rather, "[f]actual allegations must be enough to raise a right to relief above the speculative level." *Twombly*, 550 U.S. at 555.

   The plaintiff has stated claims for which relief can be granted.  The Motion [Docket 42] is therefore **DENIED.**  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:       April 14, 2010

_____
Joseph R. Goodwin, Chief Judge