UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SureTec Insurance Company, a Texas corporation,<br><br>               Plaintiff,<br><br>v.<br><br>F & F, LLC, a California limited liability company; CHOUNG FANN YIK, an individual; YING FAUNG LEY, an individual,<br><br>               Defendants. | Case No. EDCV 09-00680 JRG (OPx)<br><br>(~~PROPOSED~~) **JUDGMENT TO BE ENTERED AGAINST DEFENDANTS F & F, LLC, CHOUNG FANN YIK, AND YING FAUNG LEY**<br><br>[Filed concurrently with Stipulation For Entry Of Judgment Against Defendants F & F, LLC, Choung Fann Yik, And Ying Faung Ley] |

///

///

///

## **JUDGMENT**

Based on the Stipulation for Entry of Judgment Against Defendants F & F, LLC, Choung Fann Yik, and Ying Faung Ley, filed concurrently herewith, and GOOD CAUSE appearing therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

    1.    Judgment shall be entered in favor of SureTec Insurance Company ("SureTec") and against Defendants F & F, LLC, a California limited liability,

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

Choung Fann Yik,, an individual, and Ying Faung Ley, an individual (collectively, "Defendants"), and each of them, in the total amount of $157,291.53, plus interest thereon at an interest rate equal to the lesser of: (a) eighteen percent (18%) per annum or (2) the highest rate permitted by law.

2.  The Judgment against Defendants, and each of them, may be subsequently increased to include additional damages incurred by SureTec to resolve the Payment Bond Claims made against it by the contractors that previously worked on F&F's Victoria Promenade Project.

3.  That, in order to increase the Judgment against Defendants, and each of them, SureTec shall submit to the Court by way of an ex parte application or by way of a motion its request that the Judgment be increased, with supporting documentation.

4.  That SureTec may prove the amount of its additional bond losses by declarations submitted by SureTec's employees and/or by its counsel, with supporting documentation; and that such declaration(s) is (are) irrefutable proof of such bond losses. Defendants shall have the right to review such declarations and file written opposition to such declarations solely to contest the amount sought by SureTec as its additional bond losses.

5.  Defendants shall deposit collateral with SureTec in the amount of $275,000 to protect SureTec from any anticipated or future losses associated with its bond losses.

**IT IS SO ORDERED.**

Dated: April 7, 2011

Joseph R. Goodwin, Chief Judge