LANAK & HANNA, P.C.
Francis J. Lanak, Esq. [SBN 43487]
Ajay Shah, Esq. [SBN 261741]
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 550-0418
Facsimile: (714) 703-1610

Attorneys for Plaintiff
SureTec Insurance Company

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>F & F, LLC a California limited liability company; CHOUNG FANN YIK, an individual; YING FAUNG LEY, an individual<br><br>    Defendants. | Case No. EDCV 09-00680 ~~JRG~~ SVW (OPX)<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>[Filed concurrently with Plaintiff's Notice of Motion and Motion to Increase Judgment Pursuant to Stipulation of the Parties; Declaration of Cynthia Vincent; and Declaration of Francis J. Lanak] |

## JUDGMENT

Based on SureTec Insurance Company's ("SureTec") Notice of Motion and Motion to Increase the Judgment Pursuant to the Stipulation for Entry of Judgment against Defendants F & F, LLC, Choung Fann Yik, and Ying Faung Ley, and GOOD CAUSE appearing, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1.  Judgment shall be increased in favour of SureTec Insurance Company and against Defendants F &F, LLC, a California limited liability company, Choung Fann Yik, an individual, and Ying Faung Ley, an individual (collectively "Defendants"), and each of them, from $157,291.53 to the total amount of ~~$391,943.45~~., plus interest of: ~~(a) eighteen percent (18%) per annum or (2)~~ the highest
$373,249.06

1

1  rate permitted by law.

2      2.   The Judgment against Defendants, and each of them, may be subsequently increased to include additional damages incurred by SureTec to resolve the Payment Bond Claims in accordance with the Judgment previously entered on April 7, 2011.

**IT IS SO ORDERED.**

DATED: ~~October         , 2012~~
January 25, 2013

By: /s/ Stephen K. Hillman (signature)
HONORABLE JUDGE PRESDING

LANAK & HANNA, P.C.

2

~~[PROPOSED]~~ JUDGMENT

L:\SureTec\18569\Pleadings\121017 - [Proposed] Judgment.docx