1  LANAK & HANNA, P.C.
   Francis J. Lanak, Esq. [SBN 43487]
2  Ajay Shah, Esq. [SBN 261741]
   625 The City Drive South, Suite 190
3  Orange, CA 92868                                    JS-6
   Telephone:    (714) 550-0418
4  Facsimile:    (714) 703-1610

5  Attorneys for Plaintiff
   SureTec Insurance Company
6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 SURETEC INSURANCE COMPANY, a Texas        Case No. EDCV 09-00680 ~~JRG~~ SVW (OPX)
   corporation,
12
                Plaintiffs,                  [~~PROPOSED~~] JUDGMENT
13
   v.                                        [Filed concurrently with Plaintiff's Notice of
14                                           Motion and Motion to Increase Judgment Pursuant
   F & F, LLC a California limited liability company;   to Stipulation of the Parties; Declaration of Cynthia
15 CHOUNG FANN YIK, an individual;           Vincent; and Declaration of Francis J. Lanak]
   YING FAUNG LEY, an individual
16
                Defendants.
17

18

19

20                              JUDGMENT

21     Based on SureTec Insurance Company's ("SureTec") Notice of Motion and Motion to Increase

22 the Judgment Pursuant to the Stipulation for Entry of Judgment against Defendants F & F, LLC, Choung

23 Fann Yik, and Ying Faung Ley, and GOOD CAUSE appearing, IT IS ORDERED, ADJUDGED, AND

24 DECREED THAT:

25     1.    Judgment shall be increased in favour of SureTec Insurance Company and against

26 Defendants F &F, LLC, a California limited liability company, Choung Fann Yik, an individual, and

27 Ying Faung Ley, an individual (collectively "Defendants"), and each of them, from $157,291.53 to the

28 total amount of ~~$391,943.45~~., plus interest of: ~~(a) eighteen percent (18%) per annum or (2)~~ the highest
              $373,249.06

                                              1
                                    [~~PROPOSED~~] JUDGMENT

L:\SureTec\18569\Pleadings\121017 - [Proposed] Judgment.docx

1 | rate permitted by law.

2 |     2.    The Judgment against Defendants, and each of them, may be subsequently increased to include additional damages incurred by SureTec to resolve the Payment Bond Claims in accordance with the Judgment previously entered on April 7, 2011.

**IT IS SO ORDERED.**

DATED: ~~October~~     ~~, 2012~~
        January 25, 2013

By: _____
    HONORABLE JUDGE PRESDING

LANAK & HANNA, P.C.

~~[PROPOSED]~~ JUDGMENT

L:\SureTec\18569\Pleadings\121017 - [Proposed] Judgment.docx